Case 3:19-cv-02128-PAD   Document 2-1   Filed 01/13/20   Page 7 of 10

INTAKE DROP BOX
RECEIVED & FILED

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

2020 MAR -9 PM 1:33

CLERK
U.S. DISTRICT COURT
SAN JUAN P.R.

Dr. Luis S. Arana-Santiago
*Plaintiff(s)*

v.

Civil Action No. 3:19-cv-02128-PAD

Luis Tapia-Maldonado et al.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Luis Tapia Maldonado

Universidad de Puerto Rico - Utuado P.O. Box 2500 Utuado, PR 00641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis S. Arana-Santiago, PRO SE

P.O. Box 500, Orocovis, PR 00720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI, ESQ.
*CLERK OF COURT*



Digitally signed by Rebeca Isaac
Date: 2020.01.13 12:45:39
-04'00'

Date: 01/13/2020

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02128-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Luis Tapia Maldonado__
was received by me on *(date)* __2/27/2020__.

☑ I personally served the summons on the individual at *(place)* __Universidad de P.R. de Utuado.__ on *(date)* __2/27/2020__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ __100.00__ for travel and $ __20.00__ for services, for a total of $ __120.00__.

I declare under penalty of perjury that this information is true.

Date: __03/4/2020__

__Jorge I. Santiago Also__
Server's signature

__Jorge I. Santiago Stgo__
Printed name and title

__P.O Box 500 Orocovis P.R. 00720__
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Dr. Luis S. Arana-Santiago

*Plaintiff(s)*

v.

Civil Action No. 3:19-cv-02128-PAD

Luis Tapia-Maldonado et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jose Heredia Rodriguez

P.O. Box 16 Utuado, PR 00641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis S. Arana-Santiago, PRO SE

P.O. Box 500, Orocovis, PR 00720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI, ESQ.
CLERK OF COURT

Date: 01/13/2020

Digitally signed by Rebeca Isaac
Date: 2020.01.13 12:45:13
-04'00'

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02128-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* José Heredia Rodríguez
was received by me on *(date)* 2/28/2020 .

☑ I personally served the summons on the individual at *(place)* Universidad P.R. de Utuado
on *(date)* 2/28/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 100.00 for travel and $ 20.00 for services, for a total of $ 120.00 .

I declare under penalty of perjury that this information is true.

Date: 03/6/2020

Jorge I. Santiago Also
*Server's signature*

Jorge I. Santiago Stgo
*Printed name and title*

P.O Box 500 Orocovis P.R 00720
*Server's address*

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Dr. Luis S. Arana-Santiago<br>*Plaintiff(s)*<br>v.<br>Luis Tapia-Maldonado et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No. 3:19-cv-02128-PAD<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vivian Velez-Vera

Universidad de P.R. - Utuado P.O. Box 2500 Utuado, PR 00641 (Last Known Address)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis S. Arana-Santiago, PRO SE

P.O. Box 500, Orocovis, PR 00720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI, ESQ.
CLERK OF COURT

Date: 01/13/2020

Digitally signed by Rebeca Isaac
Date: 2020.01.13 12:44:47
-04'00'

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02128-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vivian Vélez Vera
was received by me on *(date)* 2/28/2020.

☑ I personally served the summons on the individual at *(place)* Escuela Antonio Reyes Padilla en Hurado on *(date)* 2/28/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 100.00 for travel and $ 20.00 for services, for a total of $ 120.00.

I declare under penalty of perjury that this information is true.

Date: 03/6/2020

Jorge I. Santiago Stso
Server's signature

Jorge I. Santiago Stso
Printed name and title

P.O Box 500 Orocovis P.R 00720
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

INTAKE DROP BOX
RECEIVED & FILED

2020 MAR -9 PM 1:33

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

)
)
Dr. Luis S. Arana-Santiago )
_____ )
Plaintiff(s) )
v. ) Civil Action No. 3:19-cv-02128-PAD
)
)
Luis Tapia-Maldonado et al. )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Marisol Diaz Ocasio

Universidad de Puerto Rico - Utuado P.O. Box 2500 Utuado, PR 00641

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis S. Arana-Santiago, PRO SE

P.O. Box 500, Orocovis, PR 00720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI, ESQ.
CLERK OF COURT

Date: 01/13/2020

*Signature of Clerk or Deputy Clerk*

Digitally signed by Rebeca Isaac
Date: 2020.01.13 12:44:13 -04'00'

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02128-PAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marisol Diaz Ocasio.__
was received by me on *(date)* __2/27/2020__

☑ I personally served the summons on the individual at *(place)* __Universidad de Puerto Rico, en Utuado.__ on *(date)* __2/27/2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __100.00__ for travel and $ __20.00__ for services, for a total of $ __120.00__.

I declare under penalty of perjury that this information is true.

Date: __03/6/2020__

__Jorge I. Santiago Sfso__
Server's signature

__Jorge I. Santiago Sfso__
Printed name and title

__P.O Box 500 Orocovis P.R. 00720.__
Server's address

Additional information regarding attempted service, etc: