# AFFIDAVIT

I, Luis S. Arana Santiago, under the penalty of perjury states as follows.

1. That I attended in person the administrative hearings held at the University of Puerto Rico in Utuado on October 30, October 31 and November 1 of 2019.
2. That the hearings held at the University of Puerto Rico in Utuado on October 30, October 31 and November 1 of 2019 were recorded and I personally have a copy of the recordings.
3. That the students David Ureña Negrón, Esteban Tellado Zequeira and Jann Román Santiago attended the Course Mate 3012, M23, that I was teaching during the second semester of the academic year 2017-2018.
4. That the students David Ureña Negrón, Esteban Tellado Zequeira and Jann Román Santiago obtained a final grade of F in the Course Mate 3012.
5. That the University of Puerto Rico in Utuado presented the students David Ureña Negrón, Esteban Tellado Zequeira and Jann Román Santiago as witnesses against myself at the administrative hearing.
6. That the students David Ureña Negrón, Esteban Tellado Zequeira and Jann Román Santiago testified under oath that functionaries of the administration of Dr. José Heredia Rodríguez changed their final grade of F to a final grade of C.
7. That Vivian Vélez Vera and Marisol Díaz Ocasio were mentioned by the students as having participated in the process of changing their grades.
8. That I was not consulted or participated in the process of changing the grades to the students as required by Certification No. 40 (2015-2016) of the Administrative Board of the University of Puerto Rico in Utuado.
9. That I understand the legal consequences of perjury.
10. That I authorize the use of this affidavit for pertinent administrative or judicial procedures.

_Luis S. Arana Santiago_

AFF. 6291

I declare that this affidavit was signed in my presence on March 23, 2021 by Luis S. Arana Santiago, whom I have identified by his Kansas Driver License. # K00-42-5014

