UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS S. ARANA-SANTIAGO<br><br>*Plaintiff,*<br><br>v.<br><br>**LUIS TAPIA-MALDONADO,** *et al.*,<br><br>*Defendants.* | CIVIL NO. 19-2128 (SCC)<br><br>**Violation of Civil Rights** |

**MOTION TO WITHDRAW AS LEGAL REPRESENTATION OF CODEFENDANTS**

**TO THE HONORABLE COURT**:

   **COMES NOW**, the undersigned attorney without waiving any right, objection or defense arising from the Title III of *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§2101 *et seq.*, the Commonwealth's Petition under said Title or under this case, and very respectfully **STATES** and **PRAYS** as follows:

1. On March 19, 2021, the undersigned attorney filed a special appearance and request of extension of time of thirty (30) days until April 18, 2021 to file an answer or otherwise plead as the process to offer co-defendants, Luis Tapia-Maldonado, Jose Heredia-Rodriguez, Marisol Diaz-Ocasio, legal representation in their personal capacities under Act 9 of November 26, 1975, P.R. Laws Ann. tit. 32 § 3085, et seq.,as amended ("Act 9"), had just recently concluded

2. However, co-defendants requested and obtained from the Department of Justice an exemption from legal representation. Consequently, the Department will no longer represent the appearing co-defendants in their personal capacities.

3. Therefore, the undersigned attorney very respectfully requests the Honorable Court to grant him leave to withdraw as an attorney of record on behalf of co-defendants in the instant case and to strike him from the notice list.

**WHEREFORE**, the undersigned attorney very respectfully requests the Court to grant him leave to withdraw as an attorney of record on behalf of codefendants in this case and to strike him from the notice list.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, Tuesday, May 20, 2021.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

| | |
|---|---|
| **DOMINGO EMANUELLI HERNÁNDEZ** <br> Designated Secretary of Justice <br><br> **SUSANA PEÑAGARÍCANO-BROWN** <br> Deputy Secretary in Charge of Litigation <br><br> **IDZA DÍAZ RIVERA** <br> Director of Legal Affairs <br> Federal Litigation and Bankruptcy Division | *s/ Josué N. Torres Crespo* <br> **Josué N. Torres Crespo** <br> USDC No. 229805 <br> Department of Justice of Puerto Rico <br> Federal Litigation Division <br> P.O. Box 9020192 <br> San Juan, Puerto Rico 00902-0192 <br> Email: jntorres@justicia.pr.gov <br> Phone: 787-721-2900 Ext. 1480 |

2